SAMUEL SHOPIRO, Respondent, *v.* SAMUEL N. BERLIN et al., Appellants.

*Shopiro* v. *Berlin*, 167 App. Div. 951, affirmed.
(Argued May 23, 1917; decided June 12, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 8, 1915, affirming a judgment in favor of plaintiff entered upon a verdict. The action was brought to recover the sum of $6,000 with interest from September 15, 1913, upon a bond executed by the defendants to one Jacob Lourie, which came into the possession of the plaintiff through a number of mesne assignments. The defense was usury, it being claimed by the defendants that the transaction whereby the plaintiff came into possession of the bond in suit was really a loan of $20,000 directly from the plaintiff to the defendants, and for which loan the plaintiff exacted a usurious bonus of $3,350.

*Charles Trosk* and *Henry Fluegelman* for appellants.

*T. Aaron Levy* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, McLAUGHLIN and CRANE, JJ. Not sitting: ANDREWS, J.